IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AEROCRINE AB and AEROCRINE INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-787 (JJF) |
| | ) | |
| APIERON INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the *Notice of Deposition of Steve Bubrick, Brian Aeabdy, Holly McGarraugh and Bhairavi Parikh* was caused to be served on October 28, 2009 upon the following in the manner indicated:

Jeffrey L. Moyer, Esquire                                   *VIA ELECTRONIC MAIL*
Sarah R. Stafford, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North Market Street
Wilmington, DE  19801

Bruce R. Genderson, Esquire                            *VIA ELECTRONIC MAIL*
Edward J. Bennett, Esquire
David I. Berl, Esquire
Thomas J. Roberts, Esquire
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____

Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for Plaintiffs Aerocrine AB and*
  *Aerocrine Inc.*

OF COUNSEL:

Kelsey I. Nix
Diane C. Ragosa
Robert G. Kofsky
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019
(212) 728-8000

October 28, 2009
2632200

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 28, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Jeffrey L. Moyer, Esquire
> Sarah R. Stafford, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on October 28, 2009 upon the following in the manner indicated:

### <u>VIA ELECTRONIC MAIL</u>

Jeffrey L. Moyer, Esquire
Sarah R. Stafford, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North Market Street
Wilmington, DE  19801

### <u>VIA ELECTRONIC MAIL</u>

Bruce R. Genderson, Esquire
Edward J. Bennett, Esquire
David I. Berl, Esquire
Thomas J. Roberts, Esquire
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)