IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AEROCRINE AB and AEROCRINE INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-787 (JJF) |
| | ) | |
| APIERON INC., | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ISSUANCE OF LETTERS OF REQUEST TO
THE CANADIAN JUDICIAL AUTHORITY OF ONTARIO, CANADA**

Pursuant to Federal Rule of Civil Procedure 28(b), Aerocrine AB and Aerocrine Inc. (collective, "Aerocrine") respectively move the Court to issue the attached Letters of Request for the testimony and documents of Canadian citizens and residents, Dr. Noe Zamel (Exhibit A), Dr. Henry Furlott (Exhibit B) and Dr. Arthur Slutsky (Exhibit C).

Dr. Zamel, Dr. Furlott and Dr. Slutsky authored -- with the named inventors of the patents asserted by Apieron Inc. ("Apieron") in this action, U.S. Patent Nos. No. 5,795,787 and 6,010,459 -- abstracts and an article concerning an apparatus and technique for measuring nitric oxide. Dr. Zamel, Dr. Furlott and Dr. Slutsky are therefore believed to have information bearing on the conception, reduction to practice, public disclosure, prior art, and chain of title of these patents and their subject matter.

Aerocrine respectfully requests that the Court execute and certify three letter requests and return them to counsel for Aerocrine to be forwarded by Aerocrine's Canadian counsel to the Appropriate Civil Judicial Authority for the Province of Ontario, Canada, where Dr. Zamel, Dr. Furlott and Dr. Slutsky reside.

Aerocrine has conferred with Apieron and understands that Apieron does not oppose this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Thomas C. Grimm
_____
Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
tgrimm@mnat.com

*Attorneys for Plaintiffs Aerocrine AB and Aerocrine Inc.*

*Of Counsel*:

Kelsey I. Nix
Diane C. Ragosa
Robert G. Kofsky
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

December 15, 2008

## STATEMENT PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for Plaintiffs Aerocrine AB and Aerocrine Inc. and counsel for Defendant Apieron Inc. have conferred on the subject of Aerocrine's Motion for Issuance of Letter of Request to the Canadian Judicial Authority of Ontario, Canada, for Dr. Noe Zamel, Dr. Henry Furlott and Dr. Arthur Slutsky and understand that the motion is not opposed.

/s/ Thomas C. Grimm
_____
Thomas C. Grimm (1098)

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AEROCRINE AB and AEROCRINE INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-787 (JJF) |
| | ) | |
| APIERON INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Having considered the Unopposed Motion by Aerocrine AB and Aerocrine Inc. ("Aerocrine") for Issuance of Letters of Request to the Canadian Judicial Authority of Ontario, Canada (for Dr. Noe Zamel, Dr. Henry Furlott, and Dr. Arthur Slutsky);

IT IS ORDERED on this _____ day of December, 2009 that:

1. Aerocrine's Motion is Granted; and

2. Apieron shall not oppose the resulting Letters of Request or Applications, or the scope or contents thereof, in the judicial authorities of Canada and its provinces.

The Court will execute and certify two of each letter request and return them to counsel for Aerocrine to be forwarded by Aerocrine's Canadian Counsel to the Appropriate Judicial Authority of the Province of Ontario, Canada.

_____
J.

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Jeffrey L. Moyer, Esquire
> Sarah R. Stafford, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on December 15, 2009 upon the following in the manner indicated:

**VIA ELECTRONIC MAIL**

Jeffrey L. Moyer, Esquire
Sarah R. Stafford, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North Market Street
Wilmington, DE 19801

Bruce R. Genderson, Esquire
Edward J. Bennett, Esquire
David I. Berl, Esquire
Thomas J. Roberts, Esquire
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

_____
Thomas C. Grimm (#1098)